UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

IN THE MATTER OF THE COMPLAINT
OF LEWIS PARKER, PERSONAL
REPRESENTATIVE OF THE ESTATE OF
CHRISTOPHER L. PARKER, FOR                 Case No.  8:04-CV-1724-T-30-TGW
EXONERATION FROM OR LIMITATION
OF LIABILITY AS OWNER OF A 36-FOOT
SPECTRE CATAMARAN, HULL I.D.
SSS36611I304,

_____/

## ORDER OF GENERAL DEFAULT

THIS CAUSE comes before the Court on Petitioner's Motion for Default Judgment

(Dkt. # 35).  An Amended Petition for Exoneration From or Limitation of Liability was filed

herein on August 6, 2004, by the Estate of Christopher L. Parker.  On August 12, 2004, the

Court ordered that all persons claiming damages for losses or injury arising out of the

incident involving the 36-foot Spectre Catamaran (hull I.D. SSS36611I304)  that allegedly

occurred on January 25, 2004, when the vessel overturned in the navigable waters of Tampa

Bay, must file their respective claims with the Clerk of the Court on or before November 12,

2004.  Petitioner has published a notice of this action, advising potential claimants that they

had until November 12, 2004, to file their respective claims, in the *Tampa Tribune* on August

25, 2004, and September 2, 8, and 15, 2004.  On November 11, 2004, Helena Sears filed a

Claim and Answer to Amended Petition for Exoneration From or Limitation of Liability.  No

other party having filed a claim, the Clerk entered a default against any and all claimants who have failed to file a claim and answer the amended petition.  Petitioner now moves for a general default against any claimants who have not filed a claim.  The Court, having considered the motion and having been otherwise fully advised, finds that Petitioner's motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED:**

1.    Petitioner's Motion for Default Judgment (Dkt. # 35) is GRANTED.

2.    The default of any person or entity claiming damages for any loss or injury occasioned or resulting from or consequent to the incident involving the 36-foot Spectre Catamaran (hull I.D. SSS36611I304)  that allegedly occurred on January 25, 2004, when the vessel overturned in the navigable waters of Tampa Bay, who have not heretofore filed and presented claims, shall be entered, and that the persons or entities in default are hereby barred from filing any claims in this or any other proceeding.

**DONE** and **ORDERED** in Tampa, Florida on December 12, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2004\04-cv-1724.default order.wpd