UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF THE COMPLAINT OF
LEWIS PARKER, PERSONAL
REPRESENTATIVE OF THE ESTATE OF
CHRISTOPHER L. PARKER, FOR
EXONERATION FROM OR LIMITATION OF
LIABILITY AS OWNER OF A 36-FOOT
CATAMARAN, HULL I.D. SSS36611I304

Case No. 8:04-cv-1724-T-30TGW

_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Dismissal With Prejudice (Dkt. #37). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. Said Motion (Dkt. #37) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 27, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-1724.dismissal.wpd